ULISES AUGUSTO LANDRAU, as Administrator, etc., of JOSE LANDRAU, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK and MUTUAL LIFE INSURANCE SOCIETY OF NEW YORK, Respondents.— Order, so far as appealed from, unanimously modified by further granting items 9, 10, 11, 13, 14, 15, 16, 17, 18 and 20 of the notice of motion, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VIVIAN LASSER and SAMUEL LASSER, Respondents, v. ALLSTATE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERNARD ARONSON and DORA ARONSON, Copartners, etc., Respondents, v. JOHN KORMENDI, Individually, Doing Business under the Firm Name and Style of J. KORMENDI & Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within twenty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JULIAN H. SAYPOL, as Receiver of ISAAC FENSTER, Appellant, v. FLORENCE HAAS and Others, Defendants, Impleaded with SUPREME FLOUR CORPORATION and GEORGE R. FENSTER, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLARENCE H. SCHIMPF, Doing Business as CROKER-EVANS SERVICE, Respondent, v. R. H. MACY & Co., INC., Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. Without otherwise passing on the merits of the defenses, they may not be stricken out as frivolous. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 654.]